IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CLARENCE JONES, | : | |
| | : | Case No. 2:23-cv-00922 |
| Petitioner, | : | |
| | : | CHIEF JUDGE MARBLEY |
| v. | : | |
| | : | Magistrate Judge Silvain |
| TIMOTHY SHOOP, WARDEN, | : | |
| CHILLICOTHE CORRECTIONAL | : | |
| INSTITUTION, | : | |
| | : | |
| Respondent. | : | |

**ORDER**

On May 18, 2023, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 3) recommending that this Court dismiss Petitioner's habeas corpus petition (ECF No. 1) for want of prosecution. On March 13, 2023, the Magistrate Judge issued a Show Cause Order providing Petitioner with thirty days to show why this case should not be dismissed without prejudice for failure to first exhaust his available state remedies. (ECF No. 2). As the Magistrate Judge noted, Petitioner never responded to the Show Cause Order. (ECF No. 3 at 3–4). In fact, Petitioner has taken no action in this case since submitting his petition on February 26, 2023.[1] (*Id*. at 4).

For that reason, the Magistrate Judge recommended that this Court dismiss without prejudice Petitioner's habeas corpus action for failure to prosecute. (*Id*. at 4). The Magistrate Judge further recommended that this Court certify pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting its Report and Recommendation would not be taken in good faith. (*Id*.).

---

[1] Although the petition was submitted on February 26, 2023, it was docketed by this Court on March 10, 2023. (ECF No. 1).

The Report and Recommendation informed the parties of their right to object within fourteen days. It also specifically advised the parties of the rights they would waive by failing to object, including the right to *de novo* review by the District Judge. (*Id*. at 5). No objections have been filed, and the deadline lapsed on June 1, 2023.

This Court hereby **ADOPTS** the Report and Recommendation based on its independent consideration of the analysis therein. Petitioner's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. (ECF No. 1). Because reasonable jurists would not disagree with this conclusion, Plaintiff is denied a certificate of appealability, and this Court certifies to the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: June 21, 2023**